**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Jill S. Amoruso, Petitioner,

v.

United Services Automobile Association d/b/a USAA, Respondent.

Appellate Case No. 2025-001717

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Berkeley County
Jennifer B. McCoy, Circuit Court Judge

---

Opinion No. 2026-MO-009
Heard May 20, 2026 – Filed June 3, 2026

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Bert Glenn Utsey, III, Christina Rae Fargnoli, and Samuel Richard Clawson, Jr., all of Clawson Fargnoli Utsey, LLC, of Charleston, for Petitioner.

Charles R. Norris and Robert William Whelan, both of Whelan Mellen & Norris, LLC, of Charleston, for Respondent.

---

**PER CURIAM:**  We granted a writ of certiorari to review the court of appeals' decision in *Amoruso v. USAA*, Op. No. 2025-UP-184 (S.C. Ct. App. filed June 11, 2025).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, C.J., FEW, JAMES, HILL and VERDIN, JJ., concur.**